**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI, WESTERN DIVISION**

**KARCHEMA PORTER HAYNES and
TIMOTHY GABRIEL HAYNES**                                                                **PLAINTIFFS**

**VS.**                                                **CIVIL ACTION NO. 5:05CV213 DCB-JCS**

**BRINKER INTERNATIONAL, INC.,
DANIEL CLIFTON WHITE,
Individually and as Agent/Representative
Employee of Brinker International,
Inc./Brinker Restaurant
Corporation/Brinker Mississippi, Inc.,
BRINKER RESTAURANT
CORPORATION, BRINKER
MISSISSIPPI, INC., GetRV.COM, INC.,
WILLIAM J. DAVIS, ANNE S. DAVIS,
and JOHN DOES 1-10**                                                                         **DEFENDANTS**

**AGREED ORDER FOR EXTENSION OF TIME**

THIS MATTER has come before the Court upon the *ore tenus* motion of Brinker International, Inc., Brinker Restaurant Corporation and Brinker Mississippi, Inc., (collectively "Brinker Entities"), for an extension of time, through Friday January 20, 2006, to serve their Response to the Plaintiffs' Motion to Remand and Motion for Show Cause Order. Having considered the motion and being advised that the parties agree to this extension, the Court finds that the motion is well taken and should be granted.

1

IT IS THEREFORE ORDERED, that the Brinker Entities shall have until January 20, 2006, to serve their Response to the Plaintiffs' Motion to Remand and Motion for Show Cause Order.

This the 24th day of January, 2006.

                                                 S/DAVID BRAMLETTE
                                                 DAVID C. BRAMLETTE III
                                                 UNITED STATES DISTRICT COURT JUDGE

PREPARED BY:

S/ERIC W. HOSPODOR
ERIC W. HOSPODOR
MS. BAR NO. 102041
Attorney for Defendants Brinker International, Inc.,
Brinker Restaurant Corporation and Brinker
Mississippi, Inc.
Baker, Donelson, Bearman, Caldwell & Berkowitz
4268 I-55 North, Meadowbrook Office Park
Jackson, MS   39211
Telephone:  (601) 351-2400
Facsimile:   (601) 351-2424


AND APPROVED BY:

S/NATHANIEL A. ARMISTAD
NATHANIEL A. ARMISTAD
MS. BAR NO. 10053
Attorney for Plaintiffs Karchema Porter Haynes
and Timothy Gabriel Haynes
McMurtray & Armistad
1755 Lelia Drive, Suite 210
P.O. Box 22508
Jackson, MS 39255-2508
Telephone: (601) 366-8282
Facsimile:  (601) 366-8580

2