IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**KARCHEMA PORTER HAYNES and**
**TIMOTHY GABRIEL HAYNES**                              **PLAINTIFFS**

**v.**                        **CIVIL ACTION NO. 5:05CV213 DCB-JMR**

**BRINKER INTERNATIONAL, INC., DANIEL CLIFTON WHITE,**
Individually and as Agent/Representative/Employee of
Brinker International, Inc./Brinker Restaurant
Corporation/Brinker Mississippi, Inc., **BRINKER RESTAURANT**
**CORPORATION, BRINKER MISSISSIPPI, INC.,**
**GetRV.COM, INC., COLORADO'S RIDE THE WEST**
**RV RENTALS, INC., WILLIAM J. DAVIS, ANNE S. DAVIS,**
**and JOHN DOES 1-10**                                  **DEFENDANTS**

### ORDER GRANTING EXTENSION OF TIME
### TO FILE RESPONSE TO MOTION TO DISMISS

**THIS MATTER HAVING COME** before the Court upon the Motion, *ore tenus,* of Plaintiffs for additional time to respond to Defendant GetRV.Com, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction filed April 12, 2007, and the counsel for the Defendant having agreed to extend the deadline date to respond to the Motion to Dismiss from April 23, 2007 to April 26, 2007,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiffs shall have until April 26, 2007, to respond to GetRV.Com.Inc.'s Motion to Dismiss.

This the  25th  day of April, 2007.

**PREPARED BY:**

s://Nathaniel A. Armistad
Nathaniel A. Armistad, Esq.
Patrick D. McMurtray, Esq.
***McMurtray & Armistad, p.a.***
1755 Lelia Drive
Suite 210
Jackson, MS  39216
Tel: 601.366.8282
Fax: 601.366.8580


**AGREED TO:**

s//:Roy A. Smith, Jr.
Roy A. Smith, Jr., Esq.
***Daniel, Coker, Horton & Bell***
4400 Old Canton Road
Suite 400
Jackson, MS 39211
Tel: 601.969.7607


    s/ David Bramlette
JUDGE DAVID BRAMLETTE