IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



HAYNES                                                          PLAINTIFF

VERSUS                    CIVIL ACTION NO. 5:05cv213DCB-JMR

BRINKER                                                         DEFENDANT

### ORDER

This cause comes before the Court due to the criminal investigation of Defendant Danny White. The Court finds that there appears to be no further reason to maintain the file as an open one for statistical purposes due to the inability of the plaintiffs to participate in discovery because of the pending criminal investigation.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this matter and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute entry had not been entered. Upon notification of that the criminal investigation of the plaintiffs has concluded or that any criminal trial has concluded, the Court will place this matter back on the active docket.

This the 18 day of June, 2007

_____
UNITED STATES MAGISTRATE JUDGE