IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

KARCHEMA PORTER HAYNES, ET AL.                                    PLAINTIFFS

V.                                          CIVIL ACTION NO. 5:05CV213-DCB-JMR

BRINKER INTERNATIONAL, INC. ET AL.                                DEFENDANTS

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

This day there came on for hearing the joint *ore tenus* motion of Karchema Porter Haynes and Timothy Gabriel Haynes ("Plaintiffs") and Brinker International, Inc., Brinker Restaurant Corporation, Brinker Mississippi, Inc., Colorado's Ride the West RV Rentals, GetRV.com, William Davis, Anne Davis, and Daniel Clifton White ("Defendants"), to dismiss with prejudice all claims asserted by the Plaintiffs in this civil action against the Defendants.  The Court, being fully advised in the premises, finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims asserted by the Plaintiffs against the Defendants in this civil action are dismissed with prejudice.  Each party shall bear its own costs.

**ORDERED** on this the   8th   day of November, 2007.


                                           s/ David Bramlette
                                        DAVID C. BRAMLETTE, III
                                        U. S. DISTRICT COURT JUDGE

**AGREED TO AND APPROVED**:

   *s/Nate A. Armistad*
NATHANIEL A. ARMISTAD
MS BAR NO. 10053
McMurtray & Armistad
1755 Lelia Drive, Suite 210
Jackson, NMS  38255-2508
**Attorney for Plaintiffs Karchema Porter Haynes**
**and Timothy Gabriel Haynes**


   *s/Eric W. Hospodor*
ERIC W. HOSPODOR
MS BAR NO. 102041
Baker, Donelson, Bearman, Caldwell & Berkowitz
4268 I-55 North, Meadowbrook Office Park
Jackson, MS  39211
**Attorney for Brinker International, Inc.,**
**Brinker Restaurant Corporation, and**
**Brinker Mississippi, Inc.**


   *s/Roy A. Smith, Jr.*
ROY A. SMITH, JR.
MS BAR NO. 7599
Daniel, Coker, Horton & Bell
P. O. Box 1084
Jackson, MS  39215-1084
**Attorney for GetRV.com, Inc.,**
**Colorado's Ride the West RV Rentals, Inc.,**
**William J. Davis, and Anne S. Davis**


   *s/Brent Southern*
BRENT SOUTHERN
MS BAR NO. 7697
Law Offices of Brent Southern
P. O. Box 13587
Jackson, MS  39211
**Attorney for Daniel Clifton White**


JM EWH 528656 v1
1037666-000017 10/31/07